# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONTAE MATHIS,<br><br>    Plaintiff,<br><br>v.<br><br>MONICA TRUVILLO,<br><br>    Defendant. | Case No.: 2:23-cv-00591-GMN-NJK<br><br>**ORDER** |

Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED**:

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*.

2. The Clerk of the Court shall send Plaintiff a blank application to proceed *in forma pauperis* for inmates.

3. Plaintiff must comply with this order no later than May 22, 2023. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: April 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge